The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS
Lynn Kraft

## DEFENDANTS
Target Corporation, et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert E. Barnett, Esq. (#44162), Barnett Law Firm, 712 Empire St, Fairfield, CA 94533, 707-425-0671

ATTORNEYS (IF KNOWN)
Gail C. Trabish, Esq. (#103482), Boornazian, Jensen & Garthe, P.O. Box 12925, Oakland, CA 94604-2925, (510) 834-4350

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x]1 | []1 | Incorporated or Principal Place of Business In This State | []4 | []4 |
| Citizen of Another State | []2 | []2 | Incorporated and Principal Place of Business In Another State | []5 | [x]5 |
| Citizen or Subject of a Foreign Country | []3 | []3 | Foreign Nation | []6 | []6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [ ] Original Proceeding
- [x] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| []110 Insurance | PERSONAL INJURY | PERSONAL INJURY | []610 Agriculture | []422 Appeal 28 USC 158 | []400 State Reapportionment |
| []120 Marine | []310 Airplane | []362 Personal Injury Med Malpractice | []620 Other Food & Drug | []423 Withdrawal 28 USC 157 | []410 Antitrust |
| []130 Miller Act | []315 Airplane Product Liability | []365 Personal Injury Product Liability | []625 Drug Related Seizure of Property 21 USC 881 | | []430 Banks and Banking |
| []140 Negotiable Instrument | []320 Assault Libel & Slander | []368 Asbestos Personal Injury Product Liability | []630 Liquor Laws | PROPERTY RIGHTS | []450 Commerce/ICC Rates/etc. |
| []150 Recovery of Overpayment & Enforcement of Judgment | []330 Federal Employers Liability | | []640 RR & Truck | []820 Copyrights | []460 Deportation |
| []151 Medicare Act | []340 Marine | PERSONAL PROPERTY | []650 Airline Regs | []830 Patent | []470 Racketeer Influenced and Corrupt Organizations |
| []152 Recovery of Defaulted Student Loans (Excl Veterans) | []345 Marine Product Liability | []370 Other Fraud | []660 Occupational Safety/Health | []840 Trademark | []480 Consumer Credit |
| []153 Recovery of Overpayment of Veteran's Benefits | []350 Motor Vehicle | []371 Truth In Lending | []690 Other | | []490 Cable/Satellite TV |
| []160 Stockholders Suits | []355 Motor Vehicle Product Liability | []380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | []810 Selective Service |
| []190 Other Contract | [x]360 Other Personal Injury | []385 Property Damage Product Liability | []710 Fair Labor Standards Act | []861 HIA (1395ff) | []850 Securities/Commodities/Exchange |
| []195 Contract Product Liability | | | []720 Labor/Mgmt Relations | []862 Black Lung (923) | []875 Customer Challenge 12 USC 3410 |
| []196 Franchise | | | []730 Labor/Mgmt Reporting & Disclosure Act | []863 DIWC/DIWW (405(g)) | []891 Agricultural Acts |
| | | | []740 Railway Labor Act | []864 SSID Title XVI | []892 Economic Stabilization Act |
| | | | []790 Other Labor Litigation | []865 RSI (405(g)) | []893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | []791 Empl.Ret. Inc. Security Act | FEDERAL TAX SUITS | []894 Energy Allocation Act |
| []210 Land Condemnation | []441 Voting | []510 Motion to Vacate Sentence Habeas Corpus: | | []870 Taxes (US Plaintiff or Defendant | []895 Freedom of Information Act |
| []220 Foreclosure | []442 Employment | []530 General | | []871 IRS - Third Party 26 USC 7609 | []900 Appeal of Fee Determination Under Equal Access to Justice |
| []230 Rent Lease & Ejectment | []443 Housing | []535 Death Penalty | | | |
| []240 Torts to Land | []444 Welfare | []540 Mandamus & Other | | | []950 Constitutionality of State Statutes |
| []245 Tort Product Liability | []440 Other Civil Rights | []550 Civil Rights | | | |
| []290 All Other Real Property | []445 Amer w/ disab - Empl | []555 Prison Condition | | | []890 Other Statutory Actions |
| | []446 Amer w/ disab - Other | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 USC 1441(b) and 28 USC 1332 - Premises Liability

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    [x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE July 12, 2007    SIGNATURE OF ATTORNEY OF RECORD _____ (FOR GAIL C. TRABISH)