1 | GAIL C. TRABISH, ESQ. (#103482)
HEATHER A. GLADSTONE, ESQ. (#238517)
2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
3 | 555 12th Street, Suite 1800
P. O. Box 12925
4 | Oakland, CA 94604-2925
Telephone: (510) 834-4350
5 | Facsimile: (510) 839-1897

6 | Attorneys for Defendant
TARGET STORES, a division
7 | of Target Corporation

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | LYNN KRAFT,                                ) Case No.:
                                             )
12 |          Plaintiff,                      ) [Solano County Case No.: FCS 029536]
                                             )
13 | vs.                                       ) **PETITION FOR REMOVAL OF**
                                             ) **ACTION PURSUANT TO 28 U.S.C.**
14 | TARGET CORPORATION, individually and ) **§1441(b) [DIVERSITY]**
dba TARGET STORES, a division of            )
15 | TARGET CORPORATION, TARGET                )
STORES, a division of TARGET                )
16 | CORPORATION, and DOES 1 through 50,       ) Complaint Filed:    May 3, 2007
inclusive,                                  )
17 |                                          )
          Defendants.                        )
18 | _____ )

19 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20 |        PLEASE TAKE NOTICE that defendant TARGET STORES, a division of Target

21 | Corporation (hereinafter "TARGET"), hereby removes to this Court the state court action

22 | described below.

23 |                            **JURISDICTION**

24 |        1.    Defendant TARGET is informed and believes that plaintiff Lynn Kraft is a citizen

25 | of the State of California, and was at the time of the filing of the Complaint and this Notice of

26 | Removal.

27 |        2.    Defendant TARGET is a Minnesota Corporation, whose principal place of business

28 | is Roseville, Minnesota.

-1-

PETITION FOR REMOVAL – [Solano County Case No.: FCS 029536]

3.      TARGET is a publicly held corporation whose chairman and chief executive officer is Bob Ulrich.

4.      Defendant TARGET is not a citizen of the state in which this action is pending.

5.      The matter in controversy exceeds the sum of $75,000.00, exclusive of interest, attorneys' fees and costs.

6.      This court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

**GROUNDS FOR REMOVAL**

7.      On May 3, 2007, a civil action was commenced in the Solano County Superior Court, Unlimited Jurisdiction, of the State of California, entitled *Lynn Kraft v. Target Corporation, individually and dba Target Stores, a division of Target Corporation, Target Stores, a division of Target Corporation and Does 1-50, inclusive*, Action No. FCS 029536. A true and correct copy of the Summons and Complaint is attached hereto and marked as **Exhibit A**. In said action, it is generally alleged that plaintiff sustained injuries while shopping at the Target Store located in Rohnert Park, located in Sonoma County.

8.      Defendant TARGET was served with a copy of said Complaint on June 12, 2007. A true and correct copy of the Proof of Service is attached hereto as **Exhibit B**.

9.      Defendant TARGET has not yet filed an answer to plaintiff's unverified complaint.

10.     This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and the complaint is one which may be removed to this Court by defendant TARGET pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11.     Defendant TARGET is the only named defendant in this action, and it is informed and believes that no other defendants have been served in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

PETITION FOR REMOVAL – [Solano County Case No.: FCS 029536]

1    Based on the foregoing, defendant TARGET respectfully requests that this Court accept

2  removal of this action.

3  DATED:   July 12, 2007

4                                                          BOORNAZIAN, JENSEN & GARTHE
                                                            A Professional Corporation
5

6                                                          By: _____
7                                                                 GAIL C. TRABISH, ESQ.
                                                                    Attorneys for Defendant
8                                                                TARGET STORES, a division
                                                                     of Target Corporation
9  GCT01\409394

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PETITION FOR REMOVAL – [Solano County Case No.:  FCS 029536]

# SUMMONS
## (CITACIÓN JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TARGET CORPORATION, individually and dba TARGET
STORES, a division of TARGET CORPORATION, TARGET
STORES, a division of TARGET CORPORATION, and DOES 1
through 50, inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

L. Kwan

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LYNN KRAFT,

ASSIGNED TO
JUDGE R. MICHAEL SMITH
FOR ALL PURPOSES

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| CASE NUMBER: |
|---|
| *(Número del Caso):* FCS 029530 |

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SOLANO COUNTY SUPERIOR COURT
600 Union Avenue
Fairfield, CA 94533

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT E. BARNETT, SBN 44162     707-425-0671     707-425-4255
NICOLE CHERONES, SBN 206102
The Barnett Law Firm
712 Empire Street, Fairfield, CA 94533

DATE: 5/3/2007     A.C. ASHCRAFT     Clerk, by     L. Kwan     , Deputy
*(Fecha)*     *(Secretario)*     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
TARGET STORES, A DIVISION OF
TARGET CORPORATION?
3. [✗] on behalf of *(specify):*

under: [✗] CCP 416.10 (corporation)     [ ] CCP 416 60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416 70 (conservatee)
[ ] CCP 416.40 (association or partnership)     [ ] CCP 416 90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Legal
Solutions

 

EXHIBIT A

1  ROBERT E. BARNETT, SBN 44162
   NICOLE CHERONES, SBN 206102
2  BARNETT LAW FIRM
   712 Empire Street
3  Fairfield, California 94533
   (707) 425-0671
4
                                                    L. Kwan
5  Attorney for Plaintiff(s)
   LYNN KRAFT
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SOLANO

10  LYNN KRAFT,                        Case No.  FCS029530
                                       ASSIGNED FOR ALL PURPOSES TO
11            Plaintiff(s),            JUDGE: R. Michael Smith

12  vs.                                COMPLAINT FOR DAMAGES

13  TARGET CORPORATION, individually and
    dba TARGET STORES, a division of
14  TARGET CORPORATION, TARGET
    STORES, a division of TARGET
15  CORPORATION,  and DOES 1 through 50
    inclusive,
16
             Defendant(s),
17
    _____ /
18

19      Plaintiff, LYNN KRAFT, alleges as follows:

20      1.  At all times herein mentioned defendants TARGET CORPORATION, individually

    and dba TARGET STORES, a division of TARGET CORPORATION, TARGET STORES, a

21  division of TARGET CORPORATION,  DOES 20-30, inclusive, and each of them were, and
22
    now are, corporations or other business organizations which were authorized to do business and
23
    were in fact doing business within the County of Solano, State of California.
24
        2.  That the true names or capacities, whether individual, corporate, associate or otherwise
25
    of defendants, DOES 1 through 50, are unknown to plaintiff who therefore sues said defendants
26
    by such  fictitious names.  Plaintiff is informed and believes and therefore alleges that each of the
27
    defendants designated herein as a DOE is legally responsible in some manner for the events and
28

_____
COMPLAINT FOR DAMAGES

1  happenings herein referred to, and proximately caused injury and damages proximately thereby to

2  plaintiff as herein alleged.  Plaintiff prays leave to amend this complaint to insert their true

3  names and capacities when the same have been ascertained.

4       3.  That at all times herein mentioned, defendants DOES 1 through 10, inclusive, were

5  employees and agents of defendants, and each of them, and were acting within the course and

6  scope of their employment.

7       4.  That defendants are the owners and operators of a certain premises known as

8  TARGET CORPORATION, individually and dba TARGET STORES, a division of TARGET

9  CORPORATION, TARGET STORES, a division of TARGET CORPORATION, located at 475

10 Rohnert Park Expressway, City of Rohnert Park, County of Sonoma, State of California.

11      5.  On or about April 5, 2006, plaintiff was a customer at defendants' heretofore described

12 premises.

13      6.  On or about April 5, 2006, while plaintiff was a customer lawfully at the above

14 described premises of defendants, defendants so carelessly and negligently owned, controlled,

15 inspected, and maintained the premises as to allow a dangerous condition to exist which made

16 the assembly of shelving, the shelving brackets, and product placement hazardous to defendants'

17 customers.

18      7.  The dangerous condition was known, or in the exercise of ordinary and reasonable

19 care would have been known, to defendants in adequate time for a reasonably prudent person to

20 warn of and make safe, the condition.

21      8.  As a proximate result of the negligence of defendants, plaintiff was struck in the head

22 by a large box containing a disassembled desk, sustaining severe injuries and damages as

23 hereinafter alleged.

24      9.  As a proximate result of the said negligence of defendants, and each of them, and, of

25 plaintiff's being struck in the head as alleged herein,  plaintiff was injured in plaintiff's health,

26 strength and activity, sustaining bodily injury, and shock and injury to plaintiff's nervous system,

27 which said injuries have caused, and continue to cause, plaintiff great mental and physical pain

28 and suffering.  Plaintiff is informed and believes and thereon alleges, that said injuries will

COMPLAINT FOR DAMAGES                    -2-

1    result in some permanent disability to plaintiff, all to plaintiff's general damage in a sum within

the jurisdiction of this court.

2        10.  As a further and proximate result of said negligence of defendants, and each of them,

3    and of plaintiff's said injuries,  plaintiff was required to, and did, employ physicians and surgeons

4    to examine, treat and care for plaintiff, and incurred medical and incidental expenses for such

5    examination, treatment and care.  The  exact amount of such expenses is unknown to plaintiff at

6    this time, and plaintiff will amend this pleading to set forth said sum when the same have been

7    ascertained.

8        11.  That as a further proximate result of the aforesaid negligent conduct of defendants,

9    and each of them, plaintiff was prevented from attending to plaintiff's usual occupation for a

10   period of time, sustaining a loss of earnings in an amount unknown  to plaintiff at this time.

11   Plaintiff prays leave of court to insert the correct amount of loss of wages when the same have

12   been  ascertained.

13        WHEREFORE, plaintiff prays judgment against defendants, and each of them, as

14   follows:

15        1.  General damages in a sum exceeding the minimum jurisdiction of this court.

16        2.  All medical and incidental expenses according to proof;

17        3.  For loss of earnings according to proof;

18        4.  For costs of suit herein incurred; and

19        5.  For such other and further relief as the court may deem proper.

20

21   DATED:        May 3, 2007              BARNETT LAW FIRM

22                                         By: _Robert E. Barnett_

23                                         Robert E. Barnett
                                           Attorney for Plaintiff(s)

24

25

26

27

28

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
06/13/2007
Log Number 512309980

**TO:**  Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN, 55403-

**RE:**  **Process Served in California**

**FOR:**  Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lynn Kraft, Pltf. vs. Target Corporation, etc., et al. including Target Stores, a division of Target Corporation, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachments, Stipulation Form, Notice of Case Management Conference |
| **COURT/AGENCY:** | Solano County, Fairfield, Superior Court, CA
Case # FCS029536 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - On or about 04/05/2006 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/12/2007 at 10:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service // 08/28/2007 at 8:30 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Robert E. Barnett
The Barnett Law Firm
712 Empire Street
Fairfield, CA, 94533
707425-0671 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex Standard Overnight, 790760926912 |
| **SIGNED:**
**PER:**
**ADDRESS:** | C T Corporation System
Dianne Christman
818 West Seventh Street
Los Angeles, CA, 90017 |
| **TELEPHONE:** | 213-337-4615 |

Rec'd on 6.15.07 at 12³⁰pm via Fed Ex
Forwarded to Sedgwick
by Terri Morgan.

Page 1 of  1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**EXHIBIT** B

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Robert E. Barnett, Esq.                    **Attorneys for Plaintiff**
Nicole Cherones, Esq.
Barnett Law Firm
712 Empire Street
Fairfield, CA  94533
(707) 425-0671  Phone
(707) 425-4255  Fax

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Oakland, California on July 12, 2007.

_____
ALEXINE BRAUN

GCT01\409394

-4-

PETITION FOR REMOVAL – [Solano County Case No.:  FCS 029536]