```
 1  GAIL C. TRABISH, ESQ. (#103482)
    HEATHER A. GLADSTONE, ESQ. (#238517)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant
    TARGET STORES, a division
 7  of Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN KRAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, individually and dba TARGET STORES, a division of TARGET CORPORATION, TARGET STORES, a division of TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:   C-07-03616 MEJ<br><br>[Solano County Case No.:  FCS 029536]<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Complaint Filed:      May 3, 2007 |

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT**

-1-

CERTIFICATE OF SERVICE – Case No.:  C-07-03616 MEJ

**CONFERENCE AND ADR DEADLINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, WELCOME TO U.S. DISTRICT COURT HANDOUT,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Robert E. Barnett, Esq.<br>Nicole Cherones, Esq.<br>Barnett Law Firm<br>712 Empire Street<br>Fairfield, CA 94533<br>(707) 425-0671 Phone<br>(707) 425-4255 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 13, 2007.

_____
ALEXINE BRAUN

GCT01\409584

-2-
CERTIFICATE OF SERVICE – Case No.: C-07-03616 MEJ