UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lynn Kraft

         Plaintiff(s),

   v.

Target Corporation, individually and dba Target Stores, a div. of Target Corp., et al.,

         Defendant(s).

No. C 07-03616 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 18, 2007

_____
Signature

Counsel for  Def. Target Stores
(Plaintiff, Defendant or indicate "pro se")

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Robert E. Barnett, Esq.<br>Nicole Cherones, Esq.<br>Barnett Law Firm<br>712 Empire Street<br>Fairfield, CA 94533<br>(707) 425-0671  Phone<br>(707) 425-4255  Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 20, 2007.

_____
ALEXINE BRAUN