1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE, ESQ. (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 LYNN KRAFT,                              )  Case No.:  C-07-03616 MEJ
                                            )
12        Plaintiff,                        )  [Solano County Case No.:  FCS 029536]
                                            )
13 vs.                                      )  **CERTIFICATE OF SERVICE OF
                                            )  "DISPUTE RESOLUTION
14 TARGET CORPORATION, individually and     )  PROCEDURES IN THE NORTHERN
   dba TARGET STORES, a division of         )  DISTRICT OF CALIFORNIA"**
15 TARGET CORPORATION, TARGET               )
   STORES, a division of TARGET             )
16 CORPORATION, and DOES 1 through 50,      )
   inclusive,                               )  Complaint Filed:    May 3, 2007
17                                          )
          Defendants.                       )
18 _____)

19              **CERTIFICATE OF SERVICE**
                     (28 U.S.C. §1746)
20
        I am employed in the County of Alameda, State of California.  I am over the age of 18
21
   years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,
22
   P. O. Box 12925, Oakland, California 94604-2925.
23
        I am readily familiar with the business practice for collection and processing of
24
   correspondence for mailing with the United States Postal Service.  On the date indicated below, at
25
   the above-referenced business location, I sealed envelopes, enclosing a copy of the **"DISPUTE**
26
   **RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA"**,
27

28
                                           -1-
   CERTIFICATE OF SERVICE – Case No.:  C-07-03616 MEJ

1  addressed as shown below, and placed them for collection and mailing following ordinary business
2  practices to be deposited with the United States Postal Service on the date indicated below:

3  Robert E. Barnett, Esq.                    **Attorneys for Plaintiff**
4  Nicole Cherones, Esq.
   Barnett Law Firm
5  712 Empire Street
   Fairfield, CA 94533
6  (707) 425-0671 Phone
   (707) 425-4255 Fax

11  I declare under penalty of perjury that the foregoing is true and correct. Executed at
12  Oakland, California on July 23, 2007.

14  GCT01\410129

_____
ALEXINE BRAUN

-2-
CERTIFICATE OF SERVICE – Case No.: C-07-03616 MEJ