1 | GAIL C. TRABISH, ESQ. (#103482)
gtrabish@bjg.com
2 | HEATHER A. GLADSTONE, ESQ. (#238517)
BOORNAZIAN, JENSEN & GARTHE
3 | A Professional Corporation
555 12th Street, Suite 1800
4 | P. O. Box 12925
Oakland, CA 94604-2925
5 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN KRAFT, | Case No.: C-07-03616-MEJ |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES** |
| vs. | |
| TARGET CORPORATION, individually and dba TARGET STORES, a division of TARGET CORPORATION, TARGET STORES, a division of TARGET CORPORATION, and DOES 1 through 50, inclusive, | Original Complaint Filed: May 3, 2007 |
| Defendants. | |

Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED: 9/24/07

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

25011\415189

-1-

**CERTIFICATE OF SERVICE**
**(28 U.S.C. §1746)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATION OF INTERESTED PARTIES**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Robert E. Barnett, Esq.          **Attorneys for Plaintiff**
Nicole Cherones, Esq.
Barnett Law Firm
712 Empire Street
Fairfield, CA  94533
(707) 425-0671  Phone
(707) 425-4255  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 26, 2007.

_____
ALEXINE BRAUN

25011\415189

-2-

CERTIFICATION OF INTERESTED PARTIES - U.S. Dist. Ct., Case No.: C-07-03616-MEJ