UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LYNN KRAFT

                Plaintiff(s),

Case No C 07-03616 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v

TARGET CORPORATION, et al

                Defendant(s)

Pursuant to Civil L R 16-8(b) and ADR L R 3-5 (b), each of the undersigned certifies that he or she has

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www adr cand uscourts gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45),*

    (2) Discussed the available dispute resolution options provided by the Court and private entities, and

    (3) Considered whether this case might benefit from any of the available dispute resolution options

Dated 9/27/07

                                              [Party]

Dated 9/27/07

                                              [Counsel]

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Robert E. Barnett, Esq.<br>Nicole Cherones, Esq.<br>Barnett Law Firm<br>712 Empire Street<br>Fairfield, CA  94533<br>(707) 425-0671  Phone<br>(707) 425-4255  Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 27, 2007.

_____
ALEXINE BRAUN

25011\410205