```
ROBERT E. BARNETT, SBN 44162
NICOLE CHERONES, SBN 206102
BARNETT LAW FIRM
712 Empire Street
Fairfield, California 94533
(707) 425-0671


Attorney for Plaintiff(s)
LYNN KRAFT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN KRAFT, | Case No. C-07-03616-MEJ |
| Plaintiff(s), | ASSIGNED FOR ALL PURPOSES TO JUDGE: |
| vs. | JOINT STATUS REPORT |
| TARGET CORPORATION, individually and dba TARGET STORES, a division of TARGET CORPORATION, TARGET STORES, a division of TARGET CORPORATION, and DOES 1 through 50 inclusive, | Original Complaint Filed:    May 3, 2007 |
| Defendant(s), | |

**1. JURISDICTION AND SERVICE**

28 U.S.C. 1441(b) and 28 U.S.C. 1332. The incident occurred in Rohnert Park, Sonoma County, California.

**2. FACTS**

Plaintiff claims while shopping at the Rohnert Park Target Store on April 5, 2006, that a computer desk fell from a shelf and struck her head.

Defendant disputes the nature and extent of plaintiff's injuries and damages.

**3. LEGAL ISSUES**

    a.    Whether defendant created a dangerous or defective condition on its premises.

    b.    Whether defendant had notice of a dangerous or defective condition on its

        premises.

    c.    Whether the condition constituted a dangerous or defective condition.

    d.    Whether plaintiff was negligent.

    e.    Causation of plaintiff's injuries and damages.

**4. MOTIONS**

None anticipated.

**5. AMENDMENT OF PLEADINGS**

None anticipated.

**6. EVIDENCE PRESERVATION**

Defendants have three photographs of the area where the incident took place which were taken on the date of the incident. These are available for inspection. Defendant has exemplar fixtures available for inspection.

Plaintiff has photographs of the area where the incident took place which were taken several days after the incident. Plaintiff has photographs of the fixtures as they existed on the date of the incident taken at a different Target Store following the incident. These are available for inspection.

**7. DISCLOSURES**

Plaintiff and Defendant have made timely disclosures pursuant to Fed. R. Civ. P. 26.

8. Defendant has subpoenaed medical records from plaintiff's known treatment providers. Defendant has propounded interrogatories and request for production of document to which plaintiff has not yet responded. Defendant anticipates subpoenaing more medical records after receipt of the discovery responses. Defendant anticipates taking the deposition of plaintiff and Melissa Wirt following the receipt of plaintiff's medical records. Other witnesses may be deposed following plaintiff's deposition. Defendant anticipates having plaintiff examined by a defense medical examiner within 30 days prior to trial.

Plaintiff has propounded interrogatories and requests for production of documents to defendant. Defendant has responded. Plaintiff has noticed the depositions of Target employees Brad Hecht and Brian Parker for October 30, 2007 and Wendy Wing for November 7, 2007.

Plaintiff may obtain an independent medical examination within 60 days prior to trial.

**9. CLASS ACTIONS**

This is not a class action suit.

**10. RELATED CASES**

There are no known related cases.

**11. RELIEF**

Monetary damages in an amount according to proof.

**12. SETTLEMENT AND ADR**

The parties have agreed to mediate.

**13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Plaintiff and Defendant have consented to proceed before a United States Magistrate Judge for all purposes.

**14. OTHER REFERENCES**

This case is not suitable for reference to others at this time.

**15. NARROWING OF ISSUES**

Not at this time.

**16. EXPEDITED SCHEDULE**

Not at this time.

**17. SCHEDULING**

The parties submit the following proposed schedule:

| | |
|---|---|
| Designation of experts: | 05/30/08 |
| Discovery cutoff for non-experts: | 07/18/08 |
| Discovery cutoff for experts: | 08/01/08 |
| Dispositive motions: | 07/18/08 |
| Pretrial Conference: | 08/11/08 |
| Trial Date: | 08/25/08 |

**18. TRIAL**

The parties have requested a jury trial. It is expected that the trial will be 5-7 days.

**19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff has filed a Certification pursuant to L.R. 3-16 that there is no interest to report. Defendant has filed a Certification pursuant to L.R. 3-16 that there is no such interest to report.

**20.  OTHER MATTERS**

None known.

DATED:     September ___, 2007            BARNETT LAW FIRM

By: _____
Robert E. Barnett
Nicole Cherones
Attorneys for Plaintiff, LYNN KRAFT

DATED:     September ___, 2007            BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
Gail C. Trabish, Esq.
Attorneys for Defendant, TARGET STORES,
a division of Target Corporation

KRAFT v. TARGET CORPORATION, et al.
UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ

ROBERT E. BARNETT SB#44162
Attorney for Plaintiff

# **PROOF OF SERVICE**

I am employed in the County of Solano, State of California. I am over the age of 18 and not a party to the within action; my business address is 712 Empire Street, Fairfield, California 94533.

On October 10, 2007, I served the foregoing document described as:

JOINT STATUS REPORT

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| Gail C. Trabish<br>Heather A. Gladstone<br>BOORNAZIAN, JENSEN & GARTHE<br>555 12th Street, Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | Attorney for: Target Stores, a division of Target Corporation<br><br>Telephone: (510)834-4350<br>Facsimile:  (510)839-1897 |
|---|---|

(XX)  (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Fairfield, CA on said date.

(  )  (By Fax) Addressed to the above named party to FAX telephone number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 10, 2007

                                                MARY WORKMAN
                                                Legal Assistant to Robert E. Barnett