1  KRAFT v. TARGET CORPORATION, et al.
   UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ
2
   ROBERT E. BARNETT SB#44162
3  Attorney for Plaintiff

4
                           PROOF OF SERVICE
5

6
        I am employed in the County of Solano, State of California. I am over the age of 18 and
7
   not a party to the within action; my business address is 712 Empire Street, Fairfield, California
8
   94533.
9
        On October 10, 2007, I served the foregoing document described as:
10
                           JOINT STATUS REPORT
11
   on the interested parties in this action by placing a true and correct copy thereof enclosed in a
12
   sealed envelope addressed as follows:
13

| Gail C. Trabish<br>Heather A. Gladstone<br>BOORNAZIAN, JENSEN & GARTHE<br>555 12th Street, Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | Attorney for: Target Stores, a division of Target Corporation<br><br>Telephone: (510)834-4350<br>Facsimile: (510)839-1897 |
|---|---|

17
18 (XX)  (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the
        United States mail at Fairfield, CA on said date.
19
   ( )  (By Fax) Addressed to the above named party to FAX telephone number:
20
        I declare under penalty of perjury under the laws of the State of California that the
21 foregoing is true and correct.

22 Dated: October 10, 2007
                                                    *Mary Workman* (signature)
23                                                  MARY WORKMAN
                                                    Legal Assistant to Robert E. Barnett
24

25

26

27

28

Case 3:07-cv-03616-MEJ    Document 11-2    Filed 10/11/2007    Page 2 of 2