1  ROBERT E. BARNETT, SBN 44162
   NICOLE CHERONES, SBN 206102
2  BARNETT LAW FIRM
   712 Empire Street
3  Fairfield, California 94533
   (707) 425-0671
4

5  Attorney for Plaintiff(s)
   LYNN KRAFT
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  LYNN KRAFT,                           Case No. C-07-03616-MEJ
                                          ASSIGNED FOR ALL PURPOSES TO
11            Plaintiff(s),               JUDGE:

12  vs.                                   JOINT STATUS REPORT
                                                                                    /
13  TARGET CORPORATION, individually and
    dba TARGET STORES, a division of
14  TARGET CORPORATION, TARGET            Original Complaint Filed:    May 3, 2007
    STORES, a division of TARGET
15  CORPORATION,  and DOES 1 through 50
    inclusive,
16
              Defendant(s),
17  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  /

18

19        **1.  JURISDICTION AND SERVICE**

20        28 U.S.C. 1441(b) and 28 U.S.C. 1332.  The incident occurred in Rohnert Park, Sonoma

21  County, California.

22        **2.  FACTS**

23        Plaintiff claims while shopping at the Rohnert Park Target Store on April 5, 2006, that a

24  computer desk fell from a shelf and struck her head.

25        Defendant disputes the nature and extent of plaintiff's injuries and damages.

26        **3.  LEGAL ISSUES**

27        a.       Whether defendant created a dangerous or defective condition on its premises.

28        b.       Whether defendant had notice of a dangerous or defective condition on its

────────────────────────────────────────────
JOINT STATUS REPORT–CASE NO.: C-07-03616-MEJ

1    premises.

2    c.    Whether the condition constituted a dangerous or defective condition.

3    d.    Whether plaintiff was negligent.

4    e.    Causation of plaintiff's injuries and damages.

5    **4. MOTIONS**

6    None anticipated.

7    **5. AMENDMENT OF PLEADINGS**

8    None anticipated.

9    **6. EVIDENCE PRESERVATION**

10    Defendants have three photographs of the area where the incident took place which were

11    taken on the date of the incident. These are available for inspection. Defendant has exemplar

12    fixtures available for inspection.

13    Plaintiff has photographs of the area where the incident took place which were taken

14    several days after the incident. Plaintiff has photographs of the fixtures as they existed on the

15    date of the incident taken at a different Target Store following the incident. These are available

16    for inspection.

17    **7. DISCLOSURES**

18    Plaintiff and Defendant have made timely disclosures pursuant to Fed. R. Civ. P. 26.

19    8. Defendant has subpoenaed medical records from plaintiff's known treatment

20    providers. Defendant has propounded interrogatories and request for production of document to

21    which plaintiff has not yet responded. Defendant anticipates subpoenaing more medical records

22    after receipt of the discovery responses. Defendant anticipates taking the deposition of plaintiff

23    and Melissa Wirt following the receipt of plaintiff's medical records. Other witnesses may be

24    deposed following plaintiff's deposition. Defendant anticipates having plaintiff examined by a

25    defense medical examiner within 30 days prior to trial.

26    Plaintiff has propounded interrogatories and requests for production of documents to

27    defendant. Defendant has responded. Plaintiff has noticed the depositions of Target employees

28    Brad Hecht and Brian Parker for October 30, 2007 and Wendy Wing for November 7, 2007.

1  Plaintiff may obtain an independent medical examination within 60 days prior to trial.

2  **9.  CLASS ACTIONS**

3  This is not a class action suit.

4  **10.  RELATED CASES**

5  There are no known related cases.

6  **11.  RELIEF**

7  Monetary damages in an amount according to proof.

8  **12.  SETTLEMENT AND ADR**

9  The parties have agreed to mediate.

10  **13.  CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

11  Plaintiff and Defendant have consented to proceed before a United States Magistrate

12  Judge for all purposes.

13  **14.  OTHER REFERENCES**

14  This case is not suitable for reference to others at this time.

15  **15.  NARROWING OF ISSUES**

16  Not at this time.

17  **16.  EXPEDITED SCHEDULE**

18  Not at this time.

19  **17.  SCHEDULING**

20  The parties submit the following proposed schedule:

21  Designation of experts:          05/30/08

22  Discovery cutoff for non-experts:   07/18/08

23  Discovery cutoff for experts:     08/01/08

24  Dispositive motions:            07/18/08

25  Pretrial Conference:            08/11/08

26  Trial Date:                 08/25/08

27  **18.  TRIAL**

28  The parties have requested a jury trial.  It is expected that the trial will be 5-7 days.

1    **19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

2         Plaintiff has filed a Certification pursuant to L.R. 3-16 that there is no interest to report.

3    Defendant has filed a Certification pursuant to L.R. 3-16 that there is no such interest to report.

4    **20.  OTHER MATTERS**

5         None known.

6

7    DATED:        September ___, 2007        BARNETT LAW FIRM

8                                            By: _____
                                             Robert E. Barnett
9                                            Nicole Cherones
                                             Attorneys for Plaintiff, LYNN KRAFT
10

11   DATED:        September ___, 2007        BOORNAZIAN, JENSEN & GARTHE
                                             A Professional Corporation
12

13                                           By: _____
14                                           Gail C. Trabish, Esq.
                                             Attorneys for Defendant, TARGET STORES,
15                                           a division of Target Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

1   KRAFT v. TARGET CORPORATION, et al.
    UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ
2
    ROBERT E. BARNETT SB#44162
3   Attorney for Plaintiff

4
                              **PROOF OF SERVICE**
5

6          I am employed in the County of Solano, State of California.  I am over the age of 18 and

7   not a party to the within action; my business address is 712 Empire Street, Fairfield, California

8   94533.

9          On October 10, 2007, I served the foregoing document described as:

10                              JOINT STATUS REPORT

11  on the interested parties in this action by placing a true and correct copy thereof enclosed in a

12  sealed envelope addressed as follows:

13
    | Gail C. Trabish | Attorney for: Target Stores, a division of |
    | Heather A. Gladstone | Target Corporation |
14  | BOORNAZIAN, JENSEN & GARTHE | |
    | 555 12th Street, Suite 1800 | Telephone: (510)834-4350 |
15  | P.O. Box 12925 | Facsimile:  (510)839-1897 |
    | Oakland, CA 94604-2925 | |
16

17
    (XX)   (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the
18            United States mail at Fairfield, CA on said date.

19  (   )   (By Fax) Addressed to the above named party to FAX telephone number:

20         I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
21
    Dated: October 10, 2007
22
                                          _____
                                          MARY WORKMAN
23                                        Legal Assistant to Robert E. Barnett

24

25

26

27

28