10/06/2007  04:42   7074254255            BARNETT LAW FIRM                        PAGE

19. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff has filed a Certification pursuant to L.R. 3-16 that there is no interest to report.

Defendant has filed a Certification pursuant to L.R. 3-16 that there is no such interest to report.

20. **OTHER MATTERS**

None known.

DATED: October 10, 2007        BARNETT LAW FIRM

By: /s/ Nicole Cherones
Robert E. Barnett
Nicole Cherones
Attorneys for Plaintiff, LYNN KRAFT


DATED: September 7, 2007       BOORNAZIAN, JENSEN & GARTHE
                               A Professional Corporation

By: /s/ Gail C. Trabish
Gail C. Trabish, Esq.
Attorneys for Defendant, TARGET STORES,
a division of Target Corporation

JOINT STATUS REPORT—CASE NO.: C-07-03616-MEJ       - 4 -