1  KRAFT v. TARGET CORPORATION, et al.
   UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ
2
   ROBERT E. BARNETT SB#44162
3  Attorney for Plaintiff

4
                              PROOF OF SERVICE
5

6
       I am employed in the County of Solano, State of California. I am over the age of 18 and
7
   not a party to the within action; my business address is 712 Empire Street, Fairfield, California
8
   94533.
9
       On October 10, 2007, I served the foregoing document described as:
10
                              JOINT STATUS REPORT
11
   on the interested parties in this action by placing a true and correct copy thereof enclosed in a
12
   sealed envelope addressed as follows:
13

| Gail C. Trabish<br>Heather A. Gladstone<br>BOORNAZIAN, JENSEN & GARTHE<br>555 12th Street, Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | Attorney for: Target Stores, a division of Target Corporation<br><br>Telephone: (510)834-4350<br>Facsimile: (510)839-1897 |
|---|---|

18 (XX)  (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the
         United States mail at Fairfield, CA on said date.

20 ( )   (By Fax) Addressed to the above named party to FAX telephone number:

       I declare under penalty of perjury under the laws of the State of California that the
21 foregoing is true and correct.

22 Dated: October 10, 2007

                                           _Mary Workman_
23                                         MARY WORKMAN
                                           Legal Assistant to Robert E. Barnett