# TERI SKLAR
ATTORNEY AT LAW AND MEDIATOR
2404 CALIFORNIA ST., #34
SAN FRANCISCO, CA 94115

PHONE: (415) 929-7355
FAX: (415) 929-8825
E-MAIL: terisklar@sbcglobal.net
WEBSITE: www.mediate.com/tsklar

November 27, 2007

Nicole Cherones
Plaintiff's Lead Counsel
Email: ncherones@wrongfulinjury.com

Robert E. Barnett, Esq.
Plaintiff's Lead Counsel
Email: rbarnett@wrongfulinjury.com

Gail C. Trabish
Defendant's Lead Counsel
Email: gtrabish@bjg.com

Heather Arlene Gladstone
Defendant's Counsel
Email: hgladstone@bjg.com

          Re:     Case Name: Kraft v. Target Corporation
                 Case Number: C-07-03616-MEJ

Dear Counsel:

     As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

     Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and

▸ any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **Wednesday, December 5, 2007** *at 10:00 a.m. Please call or email my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times you are available, including 10:00 a.m. on December 7, 19, 20, or 21, 2007 when you are available. Also, please note I will be out of town between December 8 - 15, 2007.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is *January 14, 2008*, based on the current scheduling order.

Also, please keep in mind the following information: each party must be accompanied at the mediation by the lawyer who will be primarily responsible for handling the trial of the matter and **all counsel who will participate in the mediation must participate in the phone conference**. [See ALR 6-9(b) and 6-6.]

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. '455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality

I look forward to assisting you on this case.

                                                      Sincerely yours,

                                                      Teri Sklar

cc:     Clerk's Office-ADR Unit