KRAFT v. TARGET CORPORATION, et al.
UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ

ROBERT E. BARNETT SB#44162
Attorney for Plaintiff

# PROOF OF SERVICE

I am employed in the County of Solano, State of California.  I am over the age of 18 and not a party to the within action; my business address is 712 Empire Street, Fairfield, California 94533.

On December 21, 2007, I served the foregoing document described as:

STIPULATION BY PARTIES TO EXTEND JURISDICTION OF MEDIATOR AND CONTINUE MEDIATION AND [PROPOSED] ORDER

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Gail C. Trabish<br>Heather A. Gladstone<br>BOORNAZIAN, JENSEN & GARTHE<br>555 12th Street, Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | Attorney for: Target Stores, a division of Target Corporation<br><br>Telephone: (510)834-4350<br>Facsimile:  (510)839-1897 |

(XX)    (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Fairfield, CA on said date.

(    )    (By Fax) Addressed to the above named party to FAX telephone number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 21, 2007

_____
MARY WORKMAN
Legal Assistant to Robert E. Barnett