# TERI SKLAR

ATTORNEY AT LAW AND MEDIATOR
2404 CALIFORNIA ST., #34
SAN FRANCISCO, CA 94115

PHONE: (415) 929-7355
FAX: (415) 929-8825
E-MAIL: terisklar@sbcglobal.net
WEBSITE: www.mediate.com/tsklar

December 26, 2007

Robert E. Barnett, Esq.
Plaintiff's Lead Counsel
Email: rbarnett@wrongfulinjury.com

Nicole Cherones
Plaintiff's Lead Counsel
Email: ncherones@wrongfulinjury.com

Gail C. Trabish
Defendant's Lead Counsel
Email: gtrabish@bjg.com

Heather Arlene Gladstone
Defendant's Counsel
Email: hgladstone@bjg.com

     Re: Case Name: Kraft v. Target Corporation
       Case Number: C-07-03616-MEJ

Dear Counsel:

  This will confirm that we have scheduled the mediation in this case for *January 24, 2008*. We will meet at the *Federal Courthouse at 450 Golden Gate Avenue, San Francisco, CA, Courtroom 4 on the 17th Floor* beginning at *1:00 p.m.* Although I understand that you believe a half day will be sufficient for the mediation, we agreed to keep the whole afternoon and early evening hours available to allow the mediation to continue as long as it is being productive.

  Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by *January 14, 2007, which is 10 days before the mediation.* Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me--but not exchange--confidential statements relating, for example, to obstacles to or options for settlement.

  Also, please remember to arrange for your clients' attendance. As we discussed, Plaintiff

KraftvTargetCorp.Letter2.122607              Page 1 of 2

*Lynn Kraft* will appear as well as her daughter *Melissa Wirt*, and *Todd Sayler,* Claims Representative for Sedgwick Claims Management Company, will appear as defendant's representative. <u>Please be sure to advise your clients that all participants must be prepared to present a valid picture I.D. and clear the metal detectors upon entering the building.</u> Please allow 15 minutes to get into the building and up to the 17th floor. Please go directly to the 17th floor, Courtroom 4 for our 1:00 p.m. mediation.

**Please note,** in the event that the mediation goes beyond 5:00 p.m., we will no longer have access to the photocopier, fax machine or printer, so if possible, plaintiff's counsel and/or defense counsel may want to bring a laptop and portable printer to the mediation session.

Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

As we discussed, under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I will charge my hourly rate of $300.00; each party participating in the mediation will share equally in the costs of the session, unless otherwise agreed by the parties.

I have also attached a copy of the court's standard confidentiality agreement to this email which I will expect all participants to sign at the outset of the session. Please review this agreement with your clients and contact me right away if you have questions or concerns about this form.

I look forward to working with you and your clients.

Sincerely yours,

*/s/ Teri Sklar*

Teri Sklar

cc:    Clerk's Office- ADR Unit