12/20/2007 16:42 FAX 510 839 1897          BJ&G                                    ☒002/003

1  GAIL C. TRABISH, ESQ. (#103482)
   gtrabish@bjg.com
2  HEATHER A. GLADSTONE, ESQ. (#238517)
   BOORNAZIAN, JENSEN & GARTHE
3  A Professional Corporation
   555 12th Street, Suite 1800
4  P. O. Box 12925
   Oakland, CA 94604-2925
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
   Attorneys for Defendant
7  TARGET STORES, a division
   of Target Corporation
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 LYNN KRAFT,                        )  Case No.: C-07-03616-MEJ
                                      )
12         Plaintiff,                 )
                                      )  STIPULATION BY PARTIES TO
13 vs.                                )  EXTEND JURISDICTION OF
                                      )  MEDIATOR AND CONTINUE
14                                    )  MEDIATION AND [PROPOSED]
   TARGET CORPORATION, individually and ) ORDER
15 dba TARGET STORES, a division of   )
   TARGET CORPORATION, TARGET         )
16 STORES, a division of TARGET       )
   CORPORATION, and DOES 1 through 50,)  Original Complaint Filed: May 3, 2007
17 inclusive,                         )
                                      )
18         Defendants.                )
                                      )
19

20     IT IS HEREBY STIPULATED by and between Plaintiff Lynn Kraft and Defendant Target

21 Stores, a division of Target Corporation, through their respective counsels and Mediator Teri H.

22 Sklar that the jurisdiction of the mediator be extended until January 31, 2008. The mediator agrees

23 ////

24 ////

25 ////

26 ////

27 ////

28
                                          -1-
   STIP. BY PARTIES TO EXTEND JURISDIC. OF MEDIATOR AND CONT.MEDIATION; PROPOSED ORDER
                          U.S. Dist. Ct., Case No.: C-07-03616-MEJ

KRAFT v. TARGET CORPORATION, et al.
UNITED STATES DISTRICT COURT CASE NO. C-07-03616-MEJ

1  with this extension and has scheduled a mediation to take place on January 24, 2008.

3  DATED: December 20, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

10  DATED: December 21, 2007

THE BARNETT LAW FIRM

By: Nicole Cherones
ROBERT E. BARNETT, ESQ.
NICOLE CHERONES, ESQ.
Attorneys for Plaintiff
LYNN KRAFT

## ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge
MARIA ELENA JAMES

25011\421833

-2-
STIP. BY PARTIES TO EXTEND JURISDIC. OF MEDIATOR AND CONT. MEDIATION; PROPOSED ORDER
U.S. Dist. Ct., Case No.: C-07-03616-MEJ

ROBERT E. BARNETT SB#44162
Attorney for Plaintiff

## PROOF OF SERVICE

I am employed in the County of Solano, State of California.  I am over the age of 18 and not a party to the within action; my business address is 712 Empire Street, Fairfield, California 94533.

On December 21, 2007, I served the foregoing document described as:

STIPULATION BY PARTIES TO EXTEND JURISDICTION OF MEDIATOR AND CONTINUE MEDIATION AND [PROPOSED] ORDER

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| Gail C. Trabish<br>Heather A. Gladstone<br>BOORNAZIAN, JENSEN & GARTHE<br>555 12th Street, Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | Attorney for: Target Stores, a division of Target Corporation<br><br>Telephone: (510)834-4350<br>Facsimile:  (510)839-1897 |
|---|---|

(XX)  (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Fairfield, CA on said date.

(  )  (By Fax) Addressed to the above named party to FAX telephone number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 21, 2007

_____
MARY WORKMAN
Legal Assistant to Robert E. Barnett