**FILED**

JAN 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Kraft,

      Plaintiff(s),

    v.

Target Corporation,

      Defendant(s).

No. C 07-03616 MEJ MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _1-24-08_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: _1/24/08_          _/s/ Teri Sklar_

**Mediator, Teri Sklar**
Teri Sklar, Attorney at Law and Mediator
2404 California St.
San Francisco, CA 94115

**Certification of ADR Session**
07-03616 MEJ MED