# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

LYNN KRAFT and MELISSA WIRT,

ON FIRST AMENDED COMPLAINT
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-03616-MEJ

V.

TARGET CORPORATION, ind. and dba
TARGET STORES, a division of TARGET
CORPORATION, TARGET STORES, a division

TO: (Name and address of defendant)

TARGET CORPORATION, individually and dba TARGET STORES, a division of TARGET CORPORATION, TARGET STORES, a division of TARGET CORPORATION, and DOES 1 through 50, inclusive,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. BARNETT, SBN44162
NICOLE CHERONES, SBN206102
THE BARNETT LAW FIRM
712 EMPIRE STREET
FAIRFIELD, CA 94533

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 2-14-08

(BY) DEPUTY CLERK
GLORIA ACEVEDO