1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10
    LYNN KRAFT,                              )   Case No.:  C-07-03616-MEJ
11                                           )
            Plaintiff,                       )   **STIPULATION OF DISMISSAL WITH**
12                                           )   **PREJUDICE**
    vs.                                      )
13                                           )
    TARGET CORPORATION, individually and     )
14  dba TARGET STORES, a division of         )
    TARGET CORPORATION, TARGET               )
15  STORES, a division of TARGET             )
    CORPORATION, and DOES 1 through 50,      )
16  inclusive,                               )   Complaint Filed:   May 3, 2007
                                             )
17          Defendants.                      )
                                             )

18
        It is hereby stipulated by and between Plaintiffs Lynn Kraft and Melissa Wirt, by and
19
    through their attorneys of record, The Barnett Law Firm, and Defendant Target Stores, a division
20
    of Target Corporation, by and through its attorney of record, Gail C. Trabish, that plaintiffs will
21
    dismiss, with prejudice, Target Stores, a division of Target Corporation, pursuant to F.R.C.P.
22
    ////////
23
    ////////
24
    ////////
25
    ////////
26
    ////////
27
    ////////
28

-1-

STIPULATION OF DISMISSAL - Case No.:  C-07-03616-MEJ

1  41(a)(1), with each party to bear its own costs and attorney's fees.

2

3      IT IS SO STIPULATED.

4

5  DATED: 3/18/08                    THE BARNETT LAW FIRM

6

7

8                                    By: _____
                                          NICOLE CHERONES, ESQ.
9                                         Attorneys for Plaintiffs
                                          LYNN KRAFT and MELISSA WIRT
10

11
   DATED: 3/17/08                    BOORNAZIAN, JENSEN & GARTHE
12                                   A Professional Corporation

13

14                                   By: _____
                                          GAIL C. TRABISH, ESQ.
15                                        Attorneys for Defendant
                                          TARGET STORES, a division
16                                        of Target Corporation

17  25011\436192

18

-2-
STIPULATION OF DISMISSAL - Case No.: C-07-03616-MEJ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Nicole Cherones, Esq.<br>Robert E. Barnett, Esq.<br>Barnett Law Firm<br>712 Empire Street<br>Fairfield, CA 94533<br>(707) 425-0671 Phone<br>(707) 425-4255 Fax<br>rbarnett@wrongfulinjury.com<br>ncherones@wrongfulinjury.com | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on March 18, 2008

_____
ALEXINE BRAUN

25011\428192