1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LYNN KRAFT,                          ) Case No.:  C-07-03616-MEJ
                                        )
12         Plaintiff,                   ) **STIPULATION OF DISMISSAL WITH**
                                        ) **PREJUDICE**
13 vs.                                  )
                                        ) ORDER CLOSING FILE
14 TARGET CORPORATION, individually and )
   dba TARGET STORES, a division of    )
15 TARGET CORPORATION, TARGET           )
   STORES, a division of TARGET        )
16 CORPORATION, and DOES 1 through 50,  )
   inclusive,                           ) Complaint Filed:    May 3, 2007
17                                      )
           Defendants.                  )
18 _____ )

19        It is hereby stipulated by and between Plaintiffs Lynn Kraft and Melissa Wirt, by and

20 through their attorneys of record, The Barnett Law Firm, and Defendant Target Stores, a division

21 of Target Corporation, by and through its attorney of record, Gail C. Trabish, that plaintiffs will

22 dismiss, with prejudice, Target Stores, a division of Target Corporation, pursuant to F.R.C.P.

23 ////////

24 ////////

25 ////////

26 ////////

27 ////////

28 ////////

-1-

STIPULATION OF DISMISSAL - Case No.:  C-07-03616-MEJ

1. 41(a)(1), with each party to bear its own costs and attorney's fees.

2.

3. IT IS SO STIPULATED.

4.

5. DATED: 3/18/08                    THE BARNETT LAW FIRM

6.

7.

8. By: _____
        NICOLE CHERONES, ESQ.
9.      Attorneys for Plaintiffs
        LYNN KRAFT and MELISSA WIRT
10.

11.
    DATED: 3/17/08                   BOORNAZIAN, JENSEN & GARTHE
12.                                  A Professional Corporation

13.

14.                                  By: _____
                                         GAIL C. TRABISH, ESQ.
15.                                      Attorneys for Defendant
                                         TARGET STORES, a division
16.                                      of Target Corporation

17. 25011\438192

18.

19. The Clerk of Court shall close the file.

20. Dated: March 20, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

-2-

STIPULATION OF DISMISSAL - Case No.: C-07-03616-MEJ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Nicole Cherones, Esq.  **Attorneys for Plaintiff**
Robert E. Barnett, Esq.
Barnett Law Firm
712 Empire Street
Fairfield, CA 94533
(707) 425-0671 Phone
(707) 425-4255 Fax
rbarnett@wrongfulinjury.com
ncherones@wrongfulinjury.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on March 18, 2008

_____
ALEXINE BRAUN

25011\428192